# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JIMMY EARL DOWNS, | ) | 3:09-cv-00569-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JAMES BACA, et al., | ) | |
| Defendants. | ) | |

Before the court are defendants Christine Napolitano and Andrew Napolitano's motions to dismiss (#17), for judgment on the pleadings (#18), and for summary judgment (#19).  Also before the court is plaintiff's motion to transfer (#9).  The amended complaint in this action has not yet been screened.  These motions are therefore premature.  Accordingly, the motion to dismiss (#17), motion for judgment on the pleadings (#18), motion for summary judgment (#19), and motion to transfer (#9) are hereby **DENIED WITHOUT PREJUDICE**.

DATED: This 23rd day of July, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE